UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY ZINK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>FIRST NIAGARA BANK, N.A.,<br><br>Defendant. | Civil Action No. 13-30136 |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME

*MAP 10-8-13*

Pursuant to the parties' joint motion, the Court hereby Orders that: (1) Defendant's September 11, 2013 motion to dismiss the original complaint or in the alternative, to transfer (Docket No. 12) is moot only as to that portion of the motion that sought dismissal of Plaintiff's original complaint; (2) Defendant's September 11, 2013 motion is still pending insofar as it seeks to transfer this case to the Western District of New York; and (3) Defendant's time to answer, move, or otherwise respond to Plaintiff's Amended Complaint (Docket No. 21) is extended until twenty-one days after the Court issues an Order on the Defendant's September 11, 2013 motion to transfer.

So Ordered:

*/s/ Michael A. Ponsor*

Hon. Michael A. Ponsor
United States District Judge

10·8·13
Date